# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ketcham Tackle LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 8:21-cv-01685-JVS-(ADSx) |
| v. | |
| Amplify Energy Corp. et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

| October 18, 2021 | David O. Carter  /s/ David O. Carter |
|---|---|
| Date | United States District Judge |

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

| | |
|---|---|
| Date | United States District Judge |

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  8:21-cv-01628-DOC-(JDEx)  and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  Autumn D. Spaeth  to Magistrate Judge  John D. Early .

On all documents subsequently filed in this case, please substitute the initials  DOC-(JDEx)  after the case number in place of the initials of the prior judge, so that the case number will read  8:21-cv-01685-DOC-(JDEx) . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (03/21)  ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)